**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS AT KANSAS CITY**

| | |
|---|---|
| JAYHAWK CAPITAL MANAGEMENT, LLC, et al., | ) ) ) |
| Plaintiffs | ) ) ) |
| v. | ) ) Case No. 08-CV-2561 EFM/JPO |
| LSB INDUSTRIES, INC., et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR CONTINUANCE AND MEMORANDUM IN SUPPORT**

J. Michael Grier
  Kansas State Bar No. 12047
  mgrier@wtglaw.com
Kyle M. Bogdan
  Kansas State Bar No. 20182
  kbogdan@wtglaw.com
WARDEN GRIER
420 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.877.8100
Facsimile: 816.877.8179

 -and-

Bruce W. Collins (*admitted pro hac vice*)
  Texas State Bar No. 04604700
  bcollins@ccsb.com
Shelbi Barnhouse (*admitted pro hac vice*)
  Texas State Bar No. 24027276
  sbarnhouse@ccsb.com
Bryan Erman (*admitted pro hac vice*)
  Texas State Bar No. 24040870
  berman@ccsb.com
CARRINGTON, COLEMAN, SLOMAN
  & BLUMENTHAL LLP
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: 214.855.3000
Facsimile: 214.855.1333
*Attorneys for Defendants*

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants LSB Industries, Inc. ("LSB") and Jack E. Golsen (collectively, "Defendants") respectfully move for a continuance of the trial setting in this action to ensure that Defendants' counsel can be present for the birth of his child.

This action is currently set for the trial setting beginning June 14, 2011. The parties have estimated that the trial will last five days. Pretrial Order (Doc. No. 134) ¶ 16(c). Therefore, the trial will not likely conclude until the week of June 20.

Defendants' counsel, Bryan Erman, has handled much of the discovery in this action and will be one of the primary attorneys for Defendants at the trial. Mr. Erman's wife is scheduled to give birth to their first child on July 3 in Dallas, Texas — the week after the trial is scheduled to conclude. Under the current schedule, it will be difficult for Mr. Erman to return from Kansas City to Dallas in time to be present for the birth of his child should his wife give birth even a few days early during the trial. Because of his extensive involvement with the litigation of this case, Mr. Erman's presence at the trial is necessary. Therefore, Defendants seek a continuance of the trial setting. If it would fit the Court's schedule, Defendants request that the trial be continued to the week of September 5, 2011.[1]

While the trial setting for this action has been previously moved by the Court, this is Defendants' first request for a continuance. Plaintiffs have refused to agree to continue the trial setting and have indicated that they intend to oppose this Motion.

---

[1] Defendants' counsel, Bruce Collins, has a vacation scheduled for August 19-28.

1

Respectfully submitted,

 /s/ Kyle Bogdan
J. Michael Grier
   Kansas State Bar No. 12047
   mgrier@wtglaw.com
Kyle M. Bogdan
   Kansas State Bar No. 20182
   kbogdan@wtglaw.com
WARDEN GRIER
420 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.877.8100
Facsimile: 816.877.8179

-and-

Bruce W. Collins (*admitted pro hac vice*)
  Texas State Bar No. 04604700
   bcollins@ccsb.com
Shelbi Barnhouse (*admitted pro hac vice*)
   Texas State Bar No. 24027276
   sbarnhouse@ccsb.com
Bryan Erman (*admitted pro hac vice*)
   Texas State Bar No. 24040870
   berman@ccsb.com
CARRINGTON, COLEMAN, SLOMAN
   & BLUMENTHAL LLP
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: 214.855.3000
Facsimile: 214.855.1333

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred by telephone and email with counsel for Plaintiffs regarding the foregoing matters, and the parties were unable to resolve the dispute without Court intervention.

/s/ Bryan Erman

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following counsel for Plaintiffs: John F. Edgar, John M. Edgar, and Michael D. Pospisil of the Edgar Law Firm, LLC, Andrew B. Protzman of the Protzman Law Firm, LLC, and Tony Shapiro of Shapiro & McMullen, P.A.

/s/ Kyle Bogdan