# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAYHAWK CAPITAL MANAGEMENT, LLC, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No.08-CV-2561 EFM/JPO<br>)<br>) |
| v. | )<br>) |
| LSB INDUSTRIES, INC., et al., | )<br>) |
| Defendants. | ) |

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR CONTINUANCE

**EDGAR LAW FIRM LLC**
John F. Edgar   #18080
John M. Edgar   KS FED #70270
Michael D. Pospisil  #18540
1032 Pennsylvania
Kansas City, Missouri 64105
Telephone:  (816) 531-0033
Facsimile:  (816) 531-3322
jfe@edgarlawfirm.com
mdp@edgarlawfirm.com

**PROTZMAN LAW FIRM, LLC**
Andrew B. Protzman
1100 Main Street
Suite 2600
Kansas City, Missouri  64105
Telephone:  (816) 421-5100
Facsimile:   (816) 421-5105
andy@protzmanlaw.com

**SHAPIRO & McMULLEN, PA**
Tony Shapiro
4901 W. 119th Street, Suite 204
Overland Park, KS 66209
Telephone: (913) 491-1120
Facsimile:  (913) 491-1122

Waiting until almost two months before the start of trial (and on the eve of trial preparations), defendants have requested a continuance of the trial in this matter, currently set for June 14, 2011. The June 14, 2011 trial setting was set by the Court by way of its Third Amended Scheduling Order dated July 21, 2010. *See* Order dated July 21, 2010 (ECF Doc. No. 88). Plaintiffs and their counsel have long anticipated this trial setting and have scheduled around it accordingly. Defendants have not demonstrated good cause for a continuance, nor have they even attempted to explain the reason for the long delay in their request. Defendants' Motion for Continuance should be denied, and this case should proceed to trial as currently set on June 14, 2011.

Just two months before trial is to begin, defendants have requested a three month continuance in this matter. The trial in this matter has been set since July 2010. The reason given by defendants is that defendants' associate counsel, Bryan Erman, is expecting a child to be born on July 3, two weeks after trial is scheduled to be concluded. However, as stated, this trial has been scheduled since July 21, 2010. *See* Order dated July 21, 2010 (ECF Doc. No. 88). The June 14 trial setting has been reiterated time and time again by the parties during their discussions and drafting of the Pretrial Order. Moreover, it was specifically included in the Pretrial Order issued by the Court on November 23, 2010. *See* Pretrial Order dated November 23, 2010 (ECF Doc. No. 134). Finally, the trial date was also discussed during the Final Pretrial Conference taking place on November 12, 2010. Mr. Erman was extensively involved in the drafting and discussions regarding the Pretrial Order, and in fact, was the only attorney present for defendants (besides local counsel) at the Final Pretrial Conference. At no time did Mr.

1

Erman ever mention the due date of his child, which was most certainly known in late 2010.

Defendants' counsel knew the due date of July 3 long before the recent filing of their Motion. Indeed, utilizing simple math, the due date for Mr. Erman's child's birth would have been known on approximately Oct. 3, or shortly thereafter. The due date would most certainly have been known by the drafting of the Pretrial Order, as well as the Final Pretrial Conference, which was held on November 12, 2010. At no time during the drafting of the Pretrial Order, or at the Final Pretrial Conference, was a continuance mentioned, nor the present alleged conflict. The present alleged conflict was first mentioned only recently, and immediately before the filing of Defendants' Motion for Continuance.[1] To that end, defendants have not offered one explanation or reason as to why such a long delay occurred in requesting a continuance. If the parties would have been able to address this issue in the latter part of 2010, the parties could have worked-out a reasonable solution to this pending issue. However, as a result of defendants' delay in notifying Plaintiffs and the Court of their intention to seek a continuance, alternative options are simply not likely to exist. Accordingly, Defendants' Motion should be denied.

While Plaintiffs certainly do not want to take away from the birth of Mr. Erman's child, the due date is July 3, 2011, which is two weeks after the bench trial is scheduled to be concluded. Most likely, there will be plenty of time for Mr. Erman to return to Dallas from Kansas City in the speculative event of the birth coming "a few days early," as argued by defendants. Defendants' argument that it would be difficult to return to

---

[1] Upon defendants' request to Plaintiffs' counsel for agreement to a continuance, Plaintiffs' counsel agreed to move the trial forward if the Court could accommodate such a schedule. Defendants refused and insisted that the trial be moved to September.

Dallas from Kansas City after trial is somewhat confusing.  With approximately 18, hour-long, non-stop flights a day from Kansas City to Dallas, it will be fairly easy for defendants' counsel to return to Dallas after the trial is concluded.  In short, Mr. Erman will be present in Dallas for the birth of his child, and there is no need for a continuance of this matter.  Finally, Mr. Erman is not the only attorney representing defendants in this matter.  On behalf of defendants, there are currently five (5) attorneys, from two different firms, on the signature block.  Bruce Collins is the lead defense attorney in this matter.  Mr. Collins, along with Mr. Erman and at least two other attorneys from the Carrington Coleman firm in Dallas are defending this matter.   Carrington Coleman has approximately 60 attorneys.  If there is a true concern that Mr. Erman will not be able to attend trial, there is plenty of time to utilize one of the associates currently working on this matter, or to bring another attorney on-board before trial begins in this matter.

This case was first filed in November 2008, and trial has long been anticipated by the parties.  Since this matter has been set for trial since July 2010, Plaintiffs and their counsel have accordingly prepared for the trial date and have scheduled around the trial date.  Defendants, however, also request the trial be continued to a date that is convenient to their schedule, September 5, 2011, just after defendants' lead trial counsel, Bruce Collins, completes his scheduled summer vacation in late August.  The Plaintiffs and their counsel should not be delayed and forced to reschedule their calendars because defendants waited until just two months before trial to request a continuance.

For the foregoing reasons, Plaintiffs respectfully request that Defendants' Motion for Continuance be denied.

Respectfully submitted,

**EDGAR LAW FIRM LLC**

/s/John F. Edgar
John F. Edgar            #47128
Michael D. Pospisil      #49139
1032 Pennsylvania Avenue
Kansas City, Missouri 64106
Telephone:  (816) 531-0033
Facsimile:   (816) 531-3322
jfe@edgarlawfirm.com

and

**PROTZMAN LAW FIRM, LLC**

Andrew B. Protzman
1100 Main Street
Suite 2600
Kansas City, Missouri 64105
Telephone:  (816) 421-5100
Facsimile:  (816) 421-5105
andy@protzmanlaw.com

and

**SHAPIRO & McMULLEN, PA**

Tony Shapiro
4901 W. 119th Street, Suite 204
Overland Park, KS 66209
Telephone: (913) 491-1120
Facsimile:  (913) 491-1122
tony@shapiromcmullen.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 11, 2011, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to:

J. Michael Grier
Kyle M. Bogdan
WARDEN TRIPLETT GRIER
420 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.877.8100
Facsimile: 816.877.8179
mgrier@wtglaw.com
kbogdan@wtglaw.com


and

Bruce W. Collins
Shelbi Barnhouse
Bryan Erman
CARRINGTON, COLEMAN, SLOMAN
& BLUMENTHAL LLP
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: 214.855.3000
Facsimile: 214.855.1333
bcollins@ccbs.com
sbarnhouse@ccbs.com
berman@ccbs.com

                                                /s/ John F. Edgar
                                                ATTORNEY FOR PLAINTIFFS