AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

JAYHAWK CAPITAL
MANAGEMENT, LLC. et al.,

JUDGMENT IN A CIVIL CASE

Plaintiff,
V.

CASE NUMBER: 08-2561-EFM

LSB INDUSTRIES, INC.,

Defendant.

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

pursuant to the Memorandum and Order (Doc. 201) filed on September 19, 2012, that judgment should be entered in favor of Defendant LSB Industries, Inc.

IT IS SO ORDERED.

9/19/2012

*Date*

TIMOTHY M. O'BRIEN

*Clerk*

/s Cindy McKee

*(By) Deputy Clerk*